AUSA Nathalina A. Hudson 312-353-1123

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **08CR  436** |
| v. | ) | |
| ROBERT STRAUGHTER | ) | |
| | ) | MAGISTRATE JUDGE SCHENKIER |
| NORTHERN DISTRICT OF ILLINOIS | ) | CASE NUMBER: |

The undersigned Affiant personally appeared before Sidney I. Schenkier, a United States Magistrate Judge, and being duly sworn on oath, states: that at the NORTHERN DISTRICT OF MISSISSIPPI, one ROBERT STRAUGHTER, was charged in a three count Indictment with:(1) conspiracy to knowingly make false and fictitious oral statements in connection with the acquisition of firearms from a federally licensed firearms dealer in violation of Title 18, United States Code, Section 922 (a)(6); AND 371 (2) willfully causing and aiding, abetting and inducing Allen Walker to knowingly make a false oral and written statement in connection with the acquisition of firearms in violation of Title 18, United States Code, Sections 922 (a)(6) and 924(a)(2);(3) knowingly transporting a .40 caliber Smith and Wesson, Model SW40VE pistol, serial number PDJ2289 outside of the state of Illinois in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D), and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

S/S
06/02/08

FILED
RECEIVED

JUN - 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Wherefore, Affiant prays that the defendant be dealt with according to law.

Jim Ferguson
Agent, ATF

Subscribed and Sworn to before me this
2nd day of June, 2008.

*Sidney I. Schenkier* (signature)

Sidney I. Schenkier
United States Magistrate Judge

AUSA Nathalina A. Hudson

Bond set [or recommended} by issuing Court at _____

06/02/2008 09:40 FAX 3128467201 ☒002/007
May 29 08 08:59a     Case 1:08-cr-00436    Document 1    Filed 06/02/2008    Page 3 of 3    p.2
May 28 08 01:56p    U S MARSHAL N/MS    6625132337    p.32

**COPY**

AO 442 (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern      District of      Mississippi

UNITED STATES OF AMERICA

V.

ROBERT STRAUGHTER

**WARRANT FOR ARREST**

Case Number: 1:08CR054

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **ROBERT STRAUGHTER**
                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**FIREARMS**

in violation of Title    18    United States Code, Section(s)    2, 371, 922, 924

| David Crews | by S. Adams | Deputy Clerk |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| Clerk of Court | 5/28/2008    Oxford, Mississippi | |
| Title of Issuing Officer | Date      Location | |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |