## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 436 - 1 | **DATE** | 6/2/2008 |
| **CASE TITLE** | United States of America vs. Robert Straughter | | |

**DOCKET ENTRY TEXT**

Initial appearance for removal hearing held. Defendant appears in response to his arrest on 6/2/08. Defendant informed of his rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Federal Defender Program, Rose Lindsay, as counsel for the defendant for the purpose of these removal proceedings. Defendant waives identity hearing; the Court enters a finding of identity. By agreement of the parties, the defendant is released on a $4,500.00 own recognizance bond. Defendant is directed to report to the United States District Court-Northern District of Mississippi forthwith.

■ [ For further detail see separate order(s).]                     Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|