UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case

USA v. Straughter                          08 CR 436

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Straughter

FILED
6-2-08
JUN 0 2 2008

Magistrate Judge Sidney I. Schenkier
~~United States~~ District Court

| | |
|---|---|
| SIGNATURE s/ *[signature]* | ROSE LINDSAY |
| FIRM  FEDERAL DEFENDER PROGRAM ||
| STREET ADDRESS  55 E MONROE ST, STE 2800 ||
| CITY/STATE/ZIP  CHICAGO IL 60603 ||
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6280480 | TELEPHONE NUMBER  312.621.8342 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [X]   NO [ ] ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [X]   NO [ ] ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO [ ] ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]  NO [ ] ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X] ||