(A)

**FILED**

JUN 1 2 2008  TC
Jun 12, 2008
MICHAEL  DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  R. Moore   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  R. Moore   C. Date of Delivery 6-9-08 |
| 1. Article Addressed to:<br><br>Northern District of Mississippi<br>369 Federal Bldg and United States Courthouse<br>911 Jackson Avenue East<br>Oxford, MS 38655 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 9746 9377 |
| PS Form 3811, February 2004  Domestic Return Receipt  08cr436 | 102595-02-M-1540 |

08 cr 436